B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Robbin, Bruce** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Robbin, Rhona** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2772** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6041** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1156 Sandhurst Drive**<br>**Buffalo Grove, IL**<br>ZIP Code **60089** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1156 Sandhurst Drive**<br>**Buffalo Grove, IL**<br>ZIP Code **60089** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as           business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)   Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Robbin, Bruce**<br>**Robbin, Rhona** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)         (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Robbin, Bruce**<br>**Robbin, Rhona** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bruce Robbin**
Signature of Debtor **Bruce Robbin**

X **/s/ Rhona Robbin**
Signature of Joint Debtor **Rhona Robbin**

Telephone Number (If not represented by attorney)

**July 11, 2008**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number
**July 11, 2008**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bruce Robbin**
　　　**Rhona Robbin**

Debtor(s)

Case No. _____

Chapter  **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Bruce Robbin**
                        **Bruce Robbin**

Date:    **July 11, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Bruce Robbin**
      **Rhona Robbin**                                              Case No. _____
                                        Debtor(s)        Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Rhona Robbin**
                              **Rhona Robbin**
Date:   **July 11, 2008**

B6D (Official Form 6D) (12/07)

In re **Bruce Robbin,**
      **Rhona Robbin**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | | |
| Account No. **1977815505** | | | | | First Mortgage | | | | | |
| **Chase Home Finance** P.O. Box 9001871 Louisville, KY 40290-1871 | J | | | | 1156 Sandhurst Dr., Buffalo Grove, IL. 60089 | | | | | |
| | | | | | Value $               400,000.00 | | | | 131,630.22 | 0.00 |
| Account No. **JN8AZ08T37W524814** | | | | | Lease | | | | | |
| **Nissan Motor Acceptance Corporation** P.O. Box 650680 Dallas, TX 75265-0680 | H | | | | 2007 Nissan Murano | | | | | |
| | | | | | Value $                20,000.00 | | | | 13,242.89 | 0.00 |
| Account No. **1002209185** | | | | | Second Mortgage | | | | | |
| **Specialized Loan Servicing, LLC** 8742 Lucent Blvd. Suite 300 Highlands Ranch, CO 80129 | J | | | | 1156 Sandhurst Dr., Buffalo Grove, IL. 60089 | | | | | |
| | | | | | Value $               400,000.00 | | | | 318,709.41 | 50,339.63 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__   continuation sheets attached

Subtotal
(Total of this page)   **463,582.52**   **50,339.63**

Total
(Report on Summary of Schedules)   **463,582.52**   **50,339.63**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Bruce Robbin,**                                                       Case No. _____
        **Rhona Robbin**
                                                          ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Bruce Robbin,**
        **Rhona Robbin**                                           Case No. _____

                                        Debtors                                                    ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Illinois Department of Revenue** **Springfield, IL 62719-0001** | | J | | | | | Unknown | **Unknown** Unknown |
| Account No. **Internal Revenue Service** **Kansas City, MO 64999-0002** | | J | | | | | Unknown | **Unknown** Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 0.00    0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 0.00    0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Bruce Robbin,**
         **Rhona Robbin**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**A LA CARTE 5610 BLOOMINGDALE AVE CHICAGO, IL 60639** | X | - | | | | | | 2,399.67 |
| Account No. <br><br>**A T CROSS COMPANY ONE ALBION RD LINCOLN, RI 02865** | X | - | | | | | | 1,985.00 |
| Account No. <br><br>**A W DESIGNS PO BOX 233 OLYMPIA FIELDS, IL 60461** | X | - | | | | | | 764.00 |
| Account No. <br><br>**AAKRON RULE CORP 8 INDIANOLA AVENUE AKRON, NY 14001** | X | - | | | | | | 267.37 |

|   | Subtotal (Total of this page) | 5,416.04 |
|---|---|---|
| __30__ continuation sheets attached | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Robbin,**
     **Rhona Robbin**
                                               ,
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **ACCUCUT** **1128 E. CALLAHAN ROAD** **DALTON, GA 30722** | X | - | | | | | | 246.77 |
| Account No. | | | | | | | | |
| **ADIMAGE PROMOTIONAL GROUP** **PO BOX 437** **HUGO, MN 55038** | X | - | | | | | | 2,370.33 |
| Account No. | | | | | | | | |
| **ADMATCH CORPORATION** **36 W. 25TH STREET** **NEW YORK, NY 10010** | X | - | | | | | | 595.89 |
| Account No. | | | | | | | | |
| **ADVERTISING SPEC INST (ASI)** **4800 STREET RD** **TREVOSE, PA 19053** | X | - | | | | | | 1,469.96 |
| Account No. | | | | | | | | |
| **ALBERT LAW FIRM** **205 W. RANDOLPH** **CHICAGO, IL 60606** | X | - | | | | | X | Unknown |

Sheet no. __1__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,682.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce Robbin,**                                          Case No. _____
        **Rhona Robbin**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Alliance One** **P.O. box 21882** **Eagan, MN 55121** | | W | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Allied Interstate** **3000 Corporate Exchange Drive** **5th Floor** **Columbus, OH 43231** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **ALSTAR CREATIONS** **13394 MONTE VISTA AVE** **CHINO, CA 91710** | X | - | | | | | | **198.83** |
| Account No. | | | | | | | | |
| **AMERICAN AD BAG CO** **218 N MADISON** **WOODSTOCK, IL 60098** | X | - | | | | | | **34.06** |
| Account No. 3732-761740-81005 | | | | | | | | |
| **American Express** **P.O. Box 0001** **Los Angeles, CA 90096-0001** | X | W | | | | | | **Unknown** |

Sheet no. __2___ of __30__ sheets attached to Schedule of                        Subtotal      | **232.89**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Robbin,**
       **Rhona Robbin**                                                    Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3722-689558-71002** | | | | | | | | |
| **American Express P.O. Box 0001 Los Angeles, CA 90096-0001** | X | W | | | | | | 8,881.93 |
| Account No. | | | | | | | | |
| **AMERICAN GREENWOOD INC 3035 W 47TH ST CHICAGO, IL 60632** | X | - | | | | | | 395.25 |
| Account No. | | | | | | | | |
| **AMI COMMUNICATIONS, INC. PO BOX 4029 ST. CHARLES, IL 60174** | X | - | | | | | | 74.30 |
| Account No. | | | | | | | | |
| **ARIEL PREMIUM SUPPLY INC 8825 PAGE AVENUE ST LOUIS, MO 63114** | X | - | | | | | | 25.20 |
| Account No. | | | | | | | | |
| **ASI COMPUTER SYSTEM PO BOX 338 CEDAR FALLS, IA 50613** | X | - | | | | | | 852.00 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,228.68

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**
 **Rhona Robbin**                                                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**AT-A-GLANCE GROUP**<br>**101 O'NEIL RD**<br>**SIDNEY, NY 13838** | X | - | | | | | | 8,493.50 |
| Account No.<br><br>**ATCHISON PRODUCTS INC**<br>**P O BOX 248**<br>**ATCHISON, KS 66002** | X | - | | | | | | 5,526.91 |
| Account No.<br><br>**ATLANTIC GLASS ETCHING**<br>**401 E. LOCUST STREET**<br>**DALLASTOWN, PA 17313** | X | - | | | | | | 38.83 |
| Account No.<br><br>**B & C MANUFACTURING**<br>**5 SHORSIDE DRIVE**<br>**S. BARRINGTON, IL 60010** | X | - | | | | | | 299.01 |
| Account No.<br><br>**BADGELAND**<br>**2733 N. PACKERLAND, SUITE 16W**<br>**GREEN BAY, WI 54303** | X | - | | | | | | 23.56 |

Sheet no. __4__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    14,381.81

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**                                     Case No. _____
      **Rhona Robbin**

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BAG MAKERS INC** <br>**P O BOX 431** <br>**UNION, IL 60180** | X - | | | | | | 15.79 |
| Account No. **74974265642915** <br><br>**Bank of America** <br>**P.O. Box 15102** <br>**Wilmington, DE 19886** | | H | | | | | 11,201.84 |
| Account No. **5490-3503-2149-7807** <br><br>**Bank of America** <br>**P.O. Box 15726** <br>**Wilmington, DE 19866** | | H | | | | | 15,996.70 |
| Account No. <br><br>**BARRY GOLDBERG** <br>**61 PINYON PINE CT S** <br>**BUFFALO GROVE, IL 60089** | X - | | | | | | 102.00 |
| Account No. <br><br>**BARTON NELSON INC** <br>**13700 WYANDOTTE** <br>**KANSAS CITY, MO 64145** | X - | | | | | | 3,811.99 |

Sheet no. __5__ of __30__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)      **31,128.32**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Robbin,**
**Rhona Robbin**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| BENCHMARK INDUSTRIES LLC PO BOX 502887 ST. LOUIS, MO 63150 | X | - | | | | | | 67.37 |
| Account No. | | | | | | | | |
| BENJAMIN MARTIN MFG. PO BOX 4218 DEDHAM, MA 02027 | X | - | | | | | | 379.68 |
| Account No. | | | | | | | | |
| BERNEY-KARP INC. 3350 E 26TH ST. LOS ANGELES, CA 90023 | X | - | | | | | | 651.97 |
| Account No. | | | | | | | | |
| BIC GRAPHIC USA BOX 406079 ATLANTA, GA 30384 | X | - | | | | | | 651.97 |
| Account No. | | | | | | | | |
| BODEK & RHODES POBOX 820144 PHILADELPHIA, PA 19182 | X | - | | | | | | 17.23 |

Sheet no. __6__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,768.22

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**
　　　**Rhona Robbin**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **BOXERCRAFT PO BOX 20016 ATLANTA, GA 30325** | X | - | | | | | | 452.73 |
| Account No. **BRODER BROTHERS 6 NESHAMINY INTERPLES FL 5 TREVOSE, PA 19053** | X | - | | | | | | 54.84 |
| Account No. **BUDGETCARD INC. 171 COMMONWEALTH AVE. ATTLEBORO FALLS, MA 02763** | X | - | | | | | | 1,127.02 |
| Account No. **BUZTRONICS INC 4343 W. 62ND ST. INDIANAPOLIS, IN 46268** | X | - | | | | | | 4,926.96 |
| Account No. **CALCONIX INC 821 AUBREY AVE ARDMORE, PA 19003** | X | - | | | | | | 355.00 |

Sheet no. __7___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,916.55

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**
      **Rhona Robbin**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **4121-7413-1558-9254** **Capital One** **P.O. Box 5294** **Carol Stream, IL 60197** | | J | | | | | | **Unknown** |
| Account No. **5291 1525 2197 7096** **Capital One** **PO Box 5294** **Carol Stream, IL 60197-5294** | | H | | | | | X | **Unknown** |
| Account No. **4802 1320 3720 3778** **Capital One** **PO Box 5294** **Carol Stream, IL 60197-5294** | | W | | | | | X | **Unknown** |
| Account No. **4802-1320-3720-3778** **CAPITAL ONE BANK** **PO BOX 30285** **SALT LAKE CITY, UT 84130** | X | - | | | | | | **5,079.17** |
| Account No. **CARLSON CRAFT (R)** **P O BOX 8700** **N MANKATO, MN 56002** | X | - | | | | | | **200.66** |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,279.83**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**     Case No. _____
         **Rhona Robbin**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **CENTURY MFG INC** **3351 N WEBB RD** **WICHITA, KS 67226** | X | - | | | | | | 1,123.53 |
| Account No. 1523003392560967 | | | | | | | | |
| **Chase Circuit City** **P.O. Box 15292** **Wilmington, DE 19886** | | J | | | | | | Unknown |
| Account No. 4266-8411-1198-4777 | | | | | | | | |
| **Chase Coldwater Creek Visa** **PO BOX 15299** **WILMINGTON, DE 19850** | | W | | | | | | 13,250.04 |
| Account No. | | | | | | | | |
| **CHRIS PROKASKI** **3813 N. CLAREMONT, 1ST FLOOR** **CHICAGO, IL 60618** | X | - | | | | | | 41.97 |
| Account No. 5466-1601-5542-4532 | | | | | | | | |
| **Citibank** **P.O. Box 688903** **Des Moines, IA 50368** | | W | | | | | X | Unknown |

Sheet no. __9__ of __30__ sheets attached to Schedule of     Subtotal      14,415.54
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**
**Rhona Robbin**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4621 2001 4949 7452** <br><br> **Citibank** <br> **P.O. Box 688903** <br> **Des Moines, IA 50368** | | H | | | | | X | **Unknown** |
| Account No. **5466-1601-5542-4532** <br><br> **Citibank Advantage** <br> **P.O. Box 688903** <br> **Des Moines, IA 50368** | | H | | | | | | **15,161.53** |
| Account No. **5082-2900-5562-0105** <br><br> **CitiBusiness Card** <br> **PO Box 688905** <br> **Des Moines, IA 50368** | X | H | | | | | | **8,124.15** |
| Account No. <br><br> **COLLECTCORP** <br> **455 NORTH 3RD ST SUITE 260** <br> **CHICAGO, IL 60679** | X | - | | | | | | **7,935.84** |
| Account No. <br><br> **Collection Alliance One** <br> **4850 Street Road** <br> **Unit 300** <br> **Trevose, PA 19053** | | J | | | | | | **Unknown** |

Sheet no. \_\_**10**\_\_ of \_\_**30**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,221.52**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce Robbin,**                                           Case No. _____
        **Rhona Robbin**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| CONTINENTAL MKTING SVC INC 15381 PROCTOR AVENUE CITY INDUSTRY, CA 91745 | X | - | | | | | | 1,202.77 |
| Account No. | | | | | | | | |
| CROWN PRODUCTS P O BOX 6041 MOBILE, AL 36660 | X | - | | | | | | 17.73 |
| Account No. | | | | | | | | |
| D & M ENTERPRISES, LLC 13510 E. BOUNDARY ROAD, SUITE 101 MIDLOTHIAN, VA 23112 | X | - | | | | | | 2,139.24 |
| Account No. | | | | | | | | |
| DART MANUFACTURING CO 4012 BRONZE WAY DALLAS, TX 75237 | X | - | | | | | | 697.76 |
| Account No. 5458-0018-0397-8125 | | | | | | | | |
| Direct Merchants Credit Card Bank c/o Blatt, Hasenmiller, Leibsker 125 S. Wacker Dr., Suite 400 Chicago, IL 60606-4440 | | J | | | | | | 13,277.34 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    17,334.84

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**                                              Case No. _____
        **Rhona Robbin**

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5410 5816 2400 3283** | | | | | | | | | |
| **Direct Merchants Credit Card Bank c/o Blatt, Hasenmiller, Leibsker 125 S. Wacker Dr., Suite 400 Chicago, IL 60606-4440** | | H | | | | | | | 7,482.27 |
| Account No. | | | | | | | | | |
| **DORIS COOKE SALES 362 KELBURN ROAD DEERFIELD, IL 60015** | X | - | | | | | | | 216.55 |
| Account No. | | | | | | | | | |
| **DRUMMOND PRINTING 2114 S. MAIN STREET STUTTGART, AR 72160** | X | - | | | | | | | 212.00 |
| Account No. | | | | | | | | | |
| **DUNBROOKE P O BOX 1900 INDEPENDENCE, MO 64055** | X | - | | | | | | | 1,081.19 |
| Account No. | | | | | | | | | |
| **ETS EXPRESS INC 420 S. LOMBARD OXNARD, CA 93030** | X | - | | | | | | | 429.58 |

Sheet no. **12** of **30** sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          9,421.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Robbin,**
      **Rhona Robbin**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **FEDERAL EXPRESS CORP. PO BOX 94515 PALATINE, IL 60094** | X | - | | | | | | 387.61 |
| Account No. **FIA Card Services P.O. Box 15168 Wilmington, DE 19850-5168** | | H | | | | | X | Unknown |
| Account No. **FIRSTPOINT INTERNATIONAL 365 JOHN DOWNEY DR., SUITE C NEW BRITAIN, CT 06051** | X | - | | | | | | 211.00 |
| Account No. **FOX LAMINATING CO INC 84 CUSTER ST W HARTFORD, CT 06110** | X | - | | | | | | 103.00 |
| Account No. **GARRITY INDUCTRIES, INC. PO BOX 845223 BOSTON, MA 02284** | X | - | | | | | | 779.36 |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,480.97**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**
    **Rhona Robbin**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **GEMLINE** **NINE INTERNATIONAL WAY** **LAWRENCE, MA 01843** | X | - | | | | | | 7.81 |
| Account No. | | | | | | | | |
| **GOLDEN APPLEXX CO INC** **128 BRENT CIR** **CITYOF INDUSTRY, CA 91789** | X | - | | | | | | 51.08 |
| Account No. | | | | | | | | |
| **GOLDON EXPRESS** **1500 BEACON PL** **OXNARD, CA 93033** | X | - | | | | | | 79.18 |
| Account No. | | | | | | | | |
| **GORDON IND. LTD** **39 HARRIET PL** **LYNBROOK, NY 11563** | X | - | | | | | | 10.89 |
| Account No. | | | | | | | | |
| **HEATHER ROBINSON DIGITIZING** **221 DUCKWORTH STREET** **BARRIE, C ANADA** | X | - | | | | | | 450.00 |

Sheet no. __14__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     598.96

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**
     **Rhona Robbin**                                                    Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **HOPE HEALTH** <br> **350 E. MICHIGAN AVE., SUITE 301** <br> **KALAMAZOO, MI 49007** | X | - | | | | | **1,107.03** |
| Account No. **5410-5816-2400-3283** <br><br> **HSBC** <br> **P.O. Box 17313** <br> **Baltimore, MD 21297** | X | H | | | | | **13,277.34** |
| Account No. **5458-0018-0397-8125** <br><br> **HSBC** <br> **P.O. Box 17313** <br> **Baltimore, MD 21297** | | J | | | | | **Unknown** |
| Account No. <br><br> **HUB PEN CO** <br> **1525 WASHINGTON** <br> **BRAINTREE, MA 02184** | X | - | | | | | **9.00** |
| Account No. <br><br> **ILLINI** <br> **450 E BUNKER CT** <br> **VERNON HILLS, IL 60061** | X | - | | | | | **37.94** |

Sheet no. __**15**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,431.31**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce Robbin,**
     **Rhona Robbin**
                                             ,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **INNOPACK USA** **1150 W. BRIARDALE AVENUE, SUITE D** **ORANGE, CA 92865** | X | - | | | | | 26.43 |
| Account No. | | | | | | | |
| **J CHARLES** **PO BOX 635727** **CINCINNATI, OH 45263** | X | - | | | | | 1,596.12 |
| Account No. | | | | | | | |
| **JAYLINE INTERNATIONAL CORP** **P O BOX 1069** **LINDEN, NJ 07036** | X | - | | | | | 32.24 |
| Account No. | | | | | | | |
| **JETLINE** **30 WARREN PLACE** **MT. VERNON, NY 10550** | X | - | | | | | 20.86 |
| Account No. | | | | | | | |
| **JOAN CURTIS** **41510 N. BAY HILL WAY** **ANTHEM, AZ 85086** | X | - | | | | | 1,909.85 |

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,585.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce Robbin,**
        **Rhona Robbin**
                                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| KURTZ BROS. PO BOX 392 CLEARFIELD, PA 16830 | X | - | | | | | | | 558.08 |
| Account No. | | | | | | | | | |
| LANCO CORPORATION 350 WIRELESS BLVD. HAUPPAUGE, NY 11788 | X | - | | | | | | | 304.20 |
| Account No. | | | | | | | | | |
| LARRY J. WOLFE, LTD. 9933 LAWLER AVENUE, SUITE 208 SKOKIE, IL 60077 | X | - | | | | | | | 13,000.00 |
| Account No. | | | | | | | | | |
| LEEDS 400 HUNT VALLEY RD NEW KENSINGTON, PA 15068 | X | - | | | | | | | 22,431.74 |
| Account No. | | | | | | | | | |
| LOGOMARK INC 1201 BELL AVE. TUSTIN, CA 92780 | X | - | | | | | | | 8.72 |

Sheet no. __17__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    36,302.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce Robbin,**
**Rhona Robbin**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **MANY MINI TOYS** **300 W. JERICHO QUADRANGLE, #240** **JERICHO, NY 11753** | X | - | | | | | | 180.07 |
| Account No. | | | | | | | | |
| **MEDALCRAFT MINT INC** **P O BOX 10267** **GREEN BAY, WI 54307** | X | - | | | | | | 15,533.72 |
| Account No. | | | | | | | | |
| **MINYA INTERNATIONAL CORP** **1172 E VALENCIA DR** **FULLERTON, CA 92831** | X | - | | | | | | 19.53 |
| Account No. 6019210711229196 | | | | | | | | |
| **Mohawk/GE Money Bank** **P.O. Box 960061** **Orlando, FL 32896** | | J | | | | | X | Unknown |
| Account No. | | | | | | | | |
| **MONTY LEVENSON PRO SHOP** **2031 E. WAVERLY LANE** **ARLINGTON HTS, IL 60004** | X | - | | | | | | 1,245.75 |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,979.07

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce Robbin,**
　　　　**Rhona Robbin**                                                                Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **NATIONAL DESIGN CORP/GOLDSTAR 16885 VIA DEL CAMPO COURT, #300 SAN DIEGO, CA 92127** | X | - | | | | | | 112.24 |
| Account No. | | | | | | | | |
| **NEELY MFG 2178 HWY 2W CORYDON, IA 50060** | X | - | | | | | | 363.33 |
| Account No. | | | | | | | | |
| **NEW PRODUCTS INT. INC. ONE ALPINE CT. CHESTNUT RIDGE, NY 10977** | X | - | | | | | | 794.40 |
| Account No. | | | | | | | | |
| Northland Group, Inc. P.O. Box 390905 Edina, MN 55439 | H | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| **NORWOOD PROMOTIONAL PRODUCTS PO BOX 952349 ST. LOUIS, MO 63195** | X | - | | | | | | 17,596.67 |

Sheet no. __19__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)　　　　　　18,866.64

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Robbin,**
      **Rhona Robbin**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PACESETTER AWARDS CO 5544 W ARMSTRONG AVE CHICAGO, IL 60646** | X | - | | | | | 109.91 |
| Account No. **PACIFIC WESTERN SALES 2980 ENTERPRISE STREET BREA, CA 92821** | X | - | | | | | 146.00 |
| Account No. **PACKAGING SPECIALTIES 3 OPPORTUNITY WAY NEWBURYPORT, MA 01950** | X | - | | | | | 353.33 |
| Account No. **PEDRE PROMOTIONAL PRODUCTS, INC. 48 W. 38TH ST. NEW YORK, NY 10018** | X | - | | | | | 18.60 |
| Account No. **PEERLESS UMBRELLA CO INC 427 FERRY ST NEWARK, NJ 07105** | X | - | | | | | 1,445.44 |

Sheet no. __20__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,073.28

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Robbin,**
       **Rhona Robbin**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PENTEL OF AMERICA LTD** <br>**2715 COLUMBIA STREET** <br>**TORRANCE, CA 90509** | X | - | | | | | 473.57 |
| Account No. <br><br>**POINTS OF LIGHT INC** <br>**25 PIER LN W** <br>**FAIRFIELD, NJ 07004** | X | - | | | | | 579.96 |
| Account No. <br><br>**PPC/GREATSTUFF!** <br>**250 WAYNE ST** <br>**MANSFIELD, OH 44902** | X | - | | | | | 848.98 |
| Account No. <br><br>**PRECISION WORKS** <br>**4856 W. DIVERSEY** <br>**CHICAGO, IL 60639** | X | - | | | | | 43.00 |
| Account No. <br><br>**PRIME RESOURCES CORP** <br>**1100 BOSTON AVE** <br>**BRIDGEPORT, CT 06610** | X | - | | | | | 657.17 |

Sheet no. __21__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,602.68

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**
     **Rhona Robbin**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1761644** | | | | | | | | |
| **Principal Trust Company/RMS** **55 Shuman Road** **P.O. Box 3099** **Naperville, IL 60566** | | W | | | | | X | **Unknown** |
| Account No. **1761643** | | | | | | | | |
| **Principal Trust Company/RMS** **55 Shuman Road** **P.O. Box 3099** **Naperville, IL 60566** | | H | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **PROINNOVATIVE INC** **3836 E WATKINS ST** **PHOENIX, AZ 85034** | X | - | | | | | | **16.31** |
| Account No. | | | | | | | | |
| **PROMOBILIA CORP.** **4152 MERIDIAN ST., 105/PMB 13** **BELLINGHAM, WA 98226** | X | - | | | | | | **493.68** |
| Account No. | | | | | | | | |
| **PUNCH PRODUCTS USA INC** **2131 FELVER CT** **RAHWAY, NJ 07065** | X | - | | | | | | **32.24** |

Sheet no. __**22**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**542.23**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**
    **Rhona Robbin**
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**QUALITY WORLD PRODUCTS INC**<br>**335 SPOOKROCK IND PK**<br>**SUFFERN, NY 10901** | X | - | | | | | | | 302.48 |
| Account No.<br><br>**QUICK POINT**<br>**1717 FENPARK**<br>**FENTON, MO 63026** | X | - | | | | | | | 1,793.15 |
| Account No.<br><br>**REFLECTIX**<br>**600 S POPLAR ST**<br>**HAZLETON, PA 18201** | X | - | | | | | | | 421.93 |
| Account No.<br><br>**ROYAL CREST PROMOTIONS INC**<br>**16163 W. 45TH DRIVE, UNIT 3**<br>**GOLDEN, CO 80403** | X | - | | | | | | | 992.82 |
| Account No.<br><br>**SABINA**<br>**1343 MIAMI ST.**<br>**TOLEDO, OH 43605** | X | - | | | | | | | 25.00 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,535.38

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Robbin,**
       **Rhona Robbin**
                                                                      Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **7714110524103801** <br><br> **Sam's Club** <br> **P.O. Box 530942** <br> **Atlanta, GA 30353** | | W | | | | | | **Unknown** |
| Account No. <br><br> **SANDERS MFG COMPANY** <br> **P O BOX 101601** <br> **NASHVILLE, TN 37224** | X | - | | | | | | **712.10** |
| Account No. <br><br> **SANMAR** <br> **P O BOX 529** <br> **PRESTON, WA 98050** | X | - | | | | | | **4,568.92** |
| Account No. <br><br> **SEDONA GOLF PRODUCTS** <br> **2249 W FAIRMONT DR-STE 3** <br> **TEMPE, AZ 85282** | X | - | | | | | | **538.73** |
| Account No. <br><br> **SENATOR USA** <br> **4215 TUDOR LN** <br> **GREENSBORO, NC 27410** | X | - | | | | | | **1,751.34** |

Sheet no. __24__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **7,571.09**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**                                          Case No. _____
        **Rhona Robbin**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**SERO SALES** <br>**25 F WOODROW AVE.** <br>**PO BOX 789** <br>**BELMONT, IL 28012** | X | - | | | | | 901.71 |
| Account No. <br><br>**SHOCKWAVES** <br>**2436 EAST OAKTON STREET** <br>**ARLINGTON HGTS., IL 60005** | X | - | | | | | 5,043.07 |
| Account No. <br><br>**SOUVENIR** <br>**202 F AVE NW** <br>**CEDAR RAPIDS, IA 52405** | X | - | | | | | 259.08 |
| Account No. <br><br>**SPORTEX APPAREL** <br>**2020 WEST 4TH STREET** <br>**TEMPE, AZ 85281** | X | - | | | | | 1,991.96 |
| Account No. <br><br>**STAR POLYBAG INDUSTRIES** <br>**51 GABLES BLVD.** <br>**PO BOX 268226** <br>**WESTON, FL 33326** | X | - | | | | | 228.49 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,424.31

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce Robbin,**                                 Case No. _____
       **Rhona Robbin**

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **STARLINE USA INC** <br> **3036 ALT BLVD** <br> **GRAND ISLAND, NY 14072** | X | - | | | | | 214.62 |
| Account No. <br><br> **STRONG LEATHER CO** <br> **P O BOX 1195** <br> **GLOUCESTER, MA 01930** | X | - | | | | | 321.99 |
| Account No. <br><br> **SUN MANUFACTURING CORP** <br> **P O BOX 694507** <br> **MIAMI, FL 33269** | X | - | | | | | 4,831.85 |
| Account No. <br><br> **SWEDA COMPANY LLC** <br> **475 E DUARTE RD** <br> **MONROVIA, CA 91016** | X | - | | | | | 45.92 |
| Account No. <br><br> **TARGET INDUSTRIES** <br> **222 S ELM ST** <br> **OWOSSO, MI 48867** | X | - | | | | | 805.00 |

Sheet no. __26__ of __30__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)        6,219.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Robbin,**  Case No. _____
       **Rhona Robbin**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **TARGET NATIONAL BANK** <br> **3901 W. 53RD ST.** <br> **SOUIX FALLS, SD 57106** | X | - | | | | | | **10,797.40** |
| Account No. **4352 3783 5348 7206** <br><br> **Target Visa** <br> **P.O. Box 59317** <br> **Minneapolis, MN 55459** | | W | | | | | X | **Unknown** |
| Account No. <br><br> **TELEPHONE PRODUCTS INC** <br> **660 S WHEELING RD** <br> **WHEELING, IL 60090** | X | - | | | | | | **22.89** |
| Account No. <br><br> **THE CORPORATE MARKET PLACE** <br> **1130 TEN ROD RD.** <br> **NORTH KINGSTOWN, RI 02852** | X | - | | | | | | **580.00** |
| Account No. <br><br> **TIME PRODUCTS INTERNATIONAL** <br> **152 MESSNER DR** <br> **WHEELING, IL 60090** | X | - | | | | | | **10,760.96** |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,161.25**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce Robbin,**                                                    Case No. _____
         **Rhona Robbin**

_____ ,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **TOPPERS LLC** **PO BOX 403784** **ATLANTA, GA 30384** | X | - | | | | | | | 430.60 |
| Account No. | | | | | | | | | |
| **TRADENET PUBLISHING** **3265 W PARKWAY BLVD** **GARDNER, KS 66030** | X | - | | | | | | | 344.82 |
| Account No. | | | | | | | | | |
| **TUNG FAT BRUSH** **62 HYMUS RD** **SCARBOROUGH, L ANADA** | X | - | | | | | | | 3,532.95 |
| Account No. | | | | | | | | | |
| **UNITED PARCEL SERVICE** **PO BOX 650580** **DALLAS, TX 75265** | X | - | | | | | | | 1,348.93 |
| Account No. | | | | | | | | | |
| **UNIVERSAL PROMOTIONS INC** **19875 S DIAMOND LAKE RD-S** **ROGERS, MN 55374** | X | - | | | | | | | 110.14 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     5,767.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce Robbin,**
         **Rhona Robbin**                                                Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **VANTAGE APPAREL** **100 VANTAGE DR** **AVENEL, NJ 07001** | X | - | | | | | | 171.00 |
| Account No. | | | | | | | | |
| **VISAGE SCREEN PRINT** **7153 N. AUSTIN** **NILES, IL 60714** | X | - | | | | | | 4,540.80 |
| Account No. | | | | | | | | |
| **VISIONS AWARDS** **ONE VISIONS PARKWAY** **CELINA, OH 45822** | X | - | | | | | | 12.18 |
| Account No. | | | | | | | | |
| **VITRONIC** **4680 PARKWAY DR-STE 200** **MASON, OH 45040** | X | - | | | | | | 2,153.92 |
| Account No. | | | | | | | | |
| **WEBB COMPANIES** **15197 BOULDER AVE** **ROSEMOUNT, MN 55068** | X | - | | | | | | 2,165.42 |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        9,043.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce Robbin,**
      **Rhona Robbin**
                                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**ZEIT COMPANY INC**<br>**SALT LAKE CITY, UT 84119** | X | - | | | | | | 254.58 |
| Account No.<br><br>**ZOOGEE WORLD INC**<br>**988 CHAMPLAIN ST**<br>**DIEPPE, BE 1A1PB** | X | - | | | | | | 142.52 |
| Account No.<br><br> | | | | | | | | |
| Account No.<br><br> | | | | | | | | |
| Account No.<br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __30__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **397.10** |
| | Total<br>(Report on Summary of Schedules) | **313,011.43** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Bruce Robbin**
      **Rhona Robbin**            Case No. _____

Debtor(s)      Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):    **Genesis Productions, Inc.**

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 11, 2008** _____     **/s/ Ariel Weissberg** _____
                                                 **Ariel Weissberg 03125591**
                                                 **Weissberg and Associates, Ltd.**
                                                 **401 S. LaSalle St.**
                                                 **Suite 403**
                                                 **Chicago, IL 60605**
                                                 **312-663-0004  Fax: 312-663-1514**
                                                 **ariel@weissberglaw.com**

A LA CARTE
5610 BLOOMINGDALE AVE
CHICAGO, IL 60639


A T CROSS COMPANY
ONE ALBION RD
LINCOLN, RI 02865


A W DESIGNS
PO BOX 233
OLYMPIA FIELDS, IL 60461


AAKRON RULE CORP
8 INDIANOLA AVENUE
AKRON, NY 14001


ACCUCUT
1128 E. CALLAHAN ROAD
DALTON, GA 30722


ADIMAGE PROMOTIONAL GROUP
PO BOX 437
HUGO, MN 55038


ADMATCH CORPORATION
36 W. 25TH STREET
NEW YORK, NY 10010


ADVERTISING SPEC INST (ASI)
4800 STREET RD
TREVOSE, PA 19053


ALBERT LAW FIRM
205 W. RANDOLPH
CHICAGO, IL 60606


Alliance One
P.O. box 21882
Eagan, MN 55121


Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

ALSTAR CREATIONS
13394 MONTE VISTA AVE
CHINO, CA 91710


AMERICAN AD BAG CO
218 N MADISON
WOODSTOCK, IL 60098


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


AMERICAN GREENWOOD INC
3035 W 47TH ST
CHICAGO, IL 60632


AMI COMMUNICATIONS, INC.
PO BOX 4029
ST. CHARLES, IL 60174


ARIEL PREMIUM SUPPLY INC
8825 PAGE AVENUE
ST LOUIS, MO 63114


ASI COMPUTER SYSTEM
PO BOX 338
CEDAR FALLS, IA 50613


AT-A-GLANCE GROUP
101 O'NEIL RD
SIDNEY, NY 13838


ATCHISON PRODUCTS INC
P O BOX 248
ATCHISON, KS 66002


ATLANTIC GLASS ETCHING
401 E. LOCUST STREET
DALLASTOWN, PA 17313


B & C MANUFACTURING
5 SHORSIDE DRIVE
S. BARRINGTON, IL 60010

BADGELAND
2733 N. PACKERLAND, SUITE 16W
GREEN BAY, WI 54303


BAG MAKERS INC
P O BOX 431
UNION, IL 60180


Bank of America
P.O. Box 15726
Wilmington, DE 19866


BARRY GOLDBERG
61 PINYON PINE CT S
BUFFALO GROVE, IL 60089


BARTON NELSON INC
13700 WYANDOTTE
KANSAS CITY, MO 64145


BENCHMARK INDUSTRIES LLC
PO BOX 502887
ST. LOUIS, MO 63150


BENJAMIN MARTIN MFG.
PO BOX 4218
DEDHAM, MA 02027


BERNEY-KARP INC.
3350 E 26TH ST.
LOS ANGELES, CA 90023


BIC GRAPHIC USA
BOX 406079
ATLANTA, GA 30384


Blatt, Hasenmiller, Leibsker, et al
125 S. Wacker Drive
Suite 400
Chicago, IL 60606


BODEK & RHODES
POBOX 820144
PHILADELPHIA, PA 19182

BOXERCRAFT
PO BOX 20016
ATLANTA, GA 30325


BRODER BROTHERS
6 NESHAMINY INTERPLES FL 5
TREVOSE, PA 19053


BUDGETCARD INC.
171 COMMONWEALTH AVE.
ATTLEBORO FALLS, MA 02763


BUZTRONICS INC
4343 W. 62ND ST.
INDIANAPOLIS, IN 46268


CALCONIX INC
821 AUBREY AVE
ARDMORE, PA 19003


Capital One
PO Box 5294
Carol Stream, IL 60197-5294


CAPITAL ONE BANK
PO BOX 30285
SALT LAKE CITY, UT 84130


CARLSON CRAFT (R)
P O BOX 8700
N MANKATO, MN 56002


CENTURY MFG INC
3351 N WEBB RD
WICHITA, KS 67226


Chase Circuit City
P.O. Box 15292
Wilmington, DE 19886


Chase Coldwater Creek Visa
PO BOX 15299
WILMINGTON, DE 19850

Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871


CHRIS PROKASKI
3813 N. CLAREMONT, 1ST FLOOR
CHICAGO, IL 60618


Citibank
P.O. Box 688903
Des Moines, IA 50368


Citibank Advantage
P.O. Box 688903
Des Moines, IA 50368


CitiBusiness Card
PO Box 688905
Des Moines, IA 50368


COLLECTCORP
455 NORTH 3RD ST SUITE 260
CHICAGO, IL 60679


Collection Alliance One
4850 Street Road
Unit 300
Trevose, PA 19053


CONTINENTAL MKTING SVC INC
15381 PROCTOR AVENUE
CITY INDUSTRY, CA 91745


CROWN PRODUCTS
P O BOX 6041
MOBILE, AL 36660


D & M ENTERPRISES, LLC
13510 E. BOUNDARY ROAD, SUITE 101
MIDLOTHIAN, VA 23112


DART MANUFACTURING CO
4012 BRONZE WAY
DALLAS, TX 75237

Direct Merchants Credit Card Bank
c/o Blatt, Hasenmiller, Leibsker
125 S. Wacker Dr., Suite 400
Chicago, IL 60606-4440


DORIS COOKE SALES
362 KELBURN ROAD
DEERFIELD, IL 60015


DRUMMOND PRINTING
2114 S. MAIN STREET
STUTTGART, AR 72160


DUNBROOKE
P O BOX 1900
INDEPENDENCE, MO 64055


ETS EXPRESS INC
420 S. LOMBARD
OXNARD, CA 93030


FEDERAL EXPRESS CORP.
PO BOX 94515
PALATINE, IL 60094


FIA Card Services
P.O. Box 15168
Wilmington, DE 19850-5168


FIRSTPOINT INTERNATIONAL
365 JOHN DOWNEY DR., SUITE C
NEW BRITAIN, CT 06051


FOX LAMINATING CO INC
84 CUSTER ST
W HARTFORD, CT 06110


GARRITY INDUCTRIES, INC.
PO BOX 845223
BOSTON, MA 02284


GEMLINE
NINE INTERNATIONAL WAY
LAWRENCE, MA 01843

Genesis Productions, Inc.
1156 Sandhurst Drive
Buffalo Grove, IL 60089


GOLDEN APPLEXX CO INC
128 BRENT CIR
CITYOF INDUSTRY, CA 91789


GOLDON EXPRESS
1500 BEACON PL
OXNARD, CA 93033


GORDON IND. LTD
39 HARRIET PL
LYNBROOK, NY 11563


HEATHER ROBINSON DIGITIZING
221 DUCKWORTH STREET
BARRIE, C ANADA


HOPE HEALTH
350 E. MICHIGAN AVE., SUITE 301
KALAMAZOO, MI 49007


HSBC
P.O. Box 17313
Baltimore, MD 21297


HUB PEN CO
1525 WASHINGTON
BRAINTREE, MA 02184


ILLINI
450 E BUNKER CT
VERNON HILLS, IL 60061


Illinois Department of Revenue
Springfield, IL 62719-0001


INNOPACK USA
1150 W. BRIARDALE AVENUE, SUITE D
ORANGE, CA 92865

Internal Revenue Service
Kansas City, MO 64999-0002


J CHARLES
PO BOX 635727
CINCINNATI, OH 45263


JAYLINE INTERNATIONAL CORP
P O BOX 1069
LINDEN, NJ 07036


JETLINE
30 WARREN PLACE
MT. VERNON, NY 10550


JOAN CURTIS
41510 N. BAY HILL WAY
ANTHEM, AZ 85086


KURTZ BROS.
PO BOX 392
CLEARFIELD, PA 16830


LANCO CORPORATION
350 WIRELESS BLVD.
HAUPPAUGE, NY 11788


LARRY J. WOLFE, LTD.
9933 LAWLER AVENUE, SUITE 208
SKOKIE, IL 60077


LEEDS
400 HUNT VALLEY RD
NEW KENSINGTON, PA 15068


LOGOMARK INC
1201 BELL AVE.
TUSTIN, CA 92780


MANY MINI TOYS
300 W. JERICHO QUADRANGLE, #240
JERICHO, NY 11753

MEDALCRAFT MINT INC
P O BOX 10267
GREEN BAY, WI 54307


MINYA INTERNATIONAL CORP
1172 E VALENCIA DR
FULLERTON, CA 92831


Mohawk/GE Money Bank
P.O. Box 960061
Orlando, FL 32896


MONTY LEVENSON PRO SHOP
2031 E. WAVERLY LANE
ARLINGTON HTS, IL 60004


NATIONAL DESIGN CORP/GOLDSTAR
16885 VIA DEL CAMPO COURT, #300
SAN DIEGO, CA 92127


NEELY MFG
2178 HWY 2W
CORYDON, IA 50060


NEW PRODUCTS INT. INC.
ONE ALPINE CT.
CHESTNUT RIDGE, NY 10977


Nissan Motor Acceptance Corporation
P.O. Box 650680
Dallas, TX 75265-0680


Northland Group, Inc.
P.O. Box 390905
Edina, MN 55439


NORWOOD PROMOTIONAL PRODUCTS
PO BOX 952349
ST. LOUIS, MO 63195


PACESETTER AWARDS CO
5544 W ARMSTRONG AVE
CHICAGO, IL 60646

PACIFIC WESTERN SALES
2980 ENTERPRISE STREET
BREA, CA 92821


PACKAGING SPECIALTIES
3 OPPORTUNITY WAY
NEWBURYPORT, MA 01950


PEDRE PROMOTIONAL PRODUCTS, INC.
48 W. 38TH ST.
NEW YORK, NY 10018


PEERLESS UMBRELLA CO INC
427 FERRY ST
NEWARK, NJ 07105


PENTEL OF AMERICA LTD
2715 COLUMBIA STREET
TORRANCE, CA 90509


POINTS OF LIGHT INC
25 PIER LN W
FAIRFIELD, NJ 07004


PPC/GREATSTUFF!
250 WAYNE ST
MANSFIELD, OH 44902


PRECISION WORKS
4856 W. DIVERSEY
CHICAGO, IL 60639


PRIME RESOURCES CORP
1100 BOSTON AVE
BRIDGEPORT, CT 06610


Principal Trust Company/RMS
55 Shuman Road
P.O. Box 3099
Naperville, IL 60566


PROINNOVATIVE INC
3836 E WATKINS ST
PHOENIX, AZ 85034

PROMOBILIA CORP.
4152 MERIDIAN ST., 105/PMB 13
BELLINGHAM, WA 98226


PUNCH PRODUCTS USA INC
2131 FELVER CT
RAHWAY, NJ 07065


QUALITY WORLD PRODUCTS INC
335 SPOOKROCK IND PK
SUFFERN, NY 10901


QUICK POINT
1717 FENPARK
FENTON, MO 63026


REFLECTIX
600 S POPLAR ST
HAZLETON, PA 18201


ROYAL CREST PROMOTIONS INC
16163 W. 45TH DRIVE, UNIT 3
GOLDEN, CO 80403


SABINA
1343 MIAMI ST.
TOLEDO, OH 43605


Sam's Club
P.O. Box 530942
Atlanta, GA 30353


SANDERS MFG COMPANY
P O BOX 101601
NASHVILLE, TN 37224


SANMAR
P O BOX 529
PRESTON, WA 98050


SEDONA GOLF PRODUCTS
2249 W FAIRMONT DR-STE 3
TEMPE, AZ 85282

SENATOR USA
4215 TUDOR LN
GREENSBORO, NC 27410


SERO SALES
25 F WOODROW AVE.
PO BOX 789
BELMONT, IL 28012


SHOCKWAVES
2436 EAST OAKTON STREET
ARLINGTON HGTS., IL 60005


SOUVENIR
202 F AVE NW
CEDAR RAPIDS, IA 52405


Specialized Loan Servicing, LLC
8742 Lucent Blvd.
Suite 300
Highlands Ranch, CO 80129


SPORTEX APPAREL
2020 WEST 4TH STREET
TEMPE, AZ 85281


STAR POLYBAG INDUSTRIES
51 GABLES BLVD.
PO BOX 268226
WESTON, FL 33326


STARLINE USA INC
3036 ALT BLVD
GRAND ISLAND, NY 14072


STRONG LEATHER CO
P O BOX 1195
GLOUCESTER, MA 01930


SUN MANUFACTURING CORP
P O BOX 694507
MIAMI, FL 33269

SWEDA COMPANY LLC
475 E DUARTE RD
MONROVIA, CA 91016


TARGET INDUSTRIES
222 S ELM ST
OWOSSO, MI 48867


TARGET NATIONAL BANK
3901 W. 53RD ST.
SOUIX FALLS, SD 57106


Target Visa
P.O. Box 59317
Minneapolis, MN 55459


TELEPHONE PRODUCTS INC
660 S WHEELING RD
WHEELING, IL 60090


THE CORPORATE MARKET PLACE
1130 TEN ROD RD.
NORTH KINGSTOWN, RI 02852


TIME PRODUCTS INTERNATIONAL
152 MESSNER DR
WHEELING, IL 60090


TOPPERS LLC
PO BOX 403784
ATLANTA, GA 30384


TRADENET PUBLISHING
3265 W PARKWAY BLVD
GARDNER, KS 66030


TUNG FAT BRUSH
62 HYMUS RD
SCARBOROUGH, L ANADA


UNITED PARCEL SERVICE
PO BOX 650580
DALLAS, TX 75265

UNIVERSAL PROMOTIONS INC
19875 S DIAMOND LAKE RD-S
ROGERS, MN 55374


VANTAGE APPAREL
100 VANTAGE DR
AVENEL, NJ 07001


VISAGE SCREEN PRINT
7153 N. AUSTIN
NILES, IL 60714


VISIONS AWARDS
ONE VISIONS PARKWAY
CELINA, OH 45822


VITRONIC
4680 PARKWAY DR-STE 200
MASON, OH 45040


WEBB COMPANIES
15197 BOULDER AVE
ROSEMOUNT, MN 55068


ZEIT COMPANY INC
SALT LAKE CITY, UT 84119


ZOOGEE WORLD INC
988 CHAMPLAIN ST
DIEPPE, BE 1A1PB